IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SHOCKWATCH, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. WA-23-CV-819-KC |
| | § | |
| WAN-YO ENTERPRISE CO., LTD., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this day, the Court considered Plaintiff's Status Report, ECF No. 11, filed on May 15, 2024. In the Status Report, Plaintiff confirms that Defendant "was properly served on March 11, 2024." *Id.* at 1. Plaintiff explains that, since March 25, 2024, counsel for both parties "have been negotiating a potential resolution to the claims" and "agreed to inform the Court by June 3, 2024," whether they have reached a resolution. *Id.* Accordingly, Plaintiff requests that the Court allow Defendant to file an answer or otherwise respond to the Complaint, ECF No. 1, by June 3, 2024. Status Report 1.

The Court construes the Status Report as a motion to extend Defendant's answer deadline. Upon due consideration, the motion is **GRANTED**. Defendant shall file an answer or otherwise respond to the Complaint **no later than June 3, 2024**.

**SO ORDERED.**

SIGNED this 16th day of May, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE