**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **SHOCKWATCH, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. WA-23-CV-819-KC** |
| § | |
| **WAN-YO ENTERPRISE CO., LTD.,** § | |
| § | |
| Defendant. § | |

## **ORDER**

On this day, the Court considered the case. On October 18, 2024, the parties filed a Joint Advisory Regarding Settlement, ECF No. 37, informing the Court that the parties reached a settlement. In response, the Court ordered that "unless the parties submit final closing papers **on or before October 31, 2024**, the Court will dismiss the case without costs and without prejudice to the rights of any party to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." Oct. 25, 2024, Order, ECF No. 38.

October 31 has now passed, and the parties have not submitted final closing papers. Accordingly, it is **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of either party to move to reopen **on or before December 6, 2024**, if settlement has not, in fact, been consummated.

**IT IS FURTHER ORDERED** that Defendant's Opposed Motion to Set Aside Clerk's Entry of Default, ECF No. 16, and Plaintiff's Amended Motion for Default Judgment against Defendant Wan-Yo Enterprise Co., Ltd. and Request for Damages Discovery, ECF No. 28, are **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 5th day of November, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE